**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

LORNE CARTER,

       Plaintiff,

v.

                                                 Case No. 20-10442

MICHAEL KLENNER, et al.,

       Defendants.

_____/

**JUDGMENT**

In accordance with the court's Opinion and Order dated September 29, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Michael Klenner, Nolan Przbylo, David Bellestri, David Boczkaja, Michael Zarate, Danzell Tolbert, and Brennan Kelly and against Plaintiff Lorne Carter. Dated at Port Huron, Michigan this 29th day of September, 2022.

                                                  KINIKIA ESSIX
                                                  CLERK OF THE COURT

                                                  BY: s/Lisa Wagner

Dated:  September 29, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 29, 2022, by electronic and/or ordinary mail.

                                                 s/Lisa Wagner                                        /
                                                 Case Manager and Deputy Clerk
                                                 (810) 292-6522